**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lee MITCHELL, Defendant–Appellant.**

**No. 09–10318.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2011.*

Filed March 15, 2011.

Eric Johnson, Esquire, Assistant U.S. Attorney, Robert Lawrence Ellman, Esquire, Assistant U.S. Attorney, Adam McMeen Flake, Assistant U.S. Attorney, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Michael V. Cristalli, Cristalli & Saggese, Las Vegas, NV, for Defendant–Appellant.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Lee Mitchell appeals from the 84–month sentence imposed following his guilty-plea conviction for being a felon in possession of

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

a firearm, in violation of 18 U.S.C. § 922(g)(1). We dismiss Mitchell's appeal.

Mitchell contends that the district court erred in calculating the Guidelines range by applying the 4–level enhancement under U.S.S.G. § 2K2.1(b)(6) for use of a firearm in connection with another felony offense. We are precluded from reaching the merits of Mitchell's claim by a valid appeal waiver. *See United States v. Nunez*, 223 F.3d 956, 958–59 (9th Cir.2000).

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.